NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3035

DAVID M. JOYCE,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0752080197-I-1.

ON MOTION

Before DYK, Circuit Judge.

O R D E R

David M. Joyce moves for leave to proceed in forma pauperis.

The court notes that Joyce's petition was dismissed on December 15, 2008 for failure to pay the fee and for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Joyce files a completed Fed. Cir. R. 15(c) statement concerning discrimination (form enclosed) and a completed informal brief (form enclosed) within 21 days of the date of filing of this order.

FOR THE COURT

FEB 24 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David M. Joyce (Fed. Cir. R. 15(c) form enclosed and informal brief
        form enclosed)
     Steven M. Mager, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK